```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 05 B 00887
   MONICA D MICHELIN
                                            CHAPTER 13

                                            JUDGE: SUSAN PIERSON SONDERBY
        Debtor
   SSN XXX-XX-3566
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

The case was filed on 01/12/2005 and was confirmed 02/17/2005.

The plan was confirmed to pay secured creditors 100% and unsecured creditors 100.00%.

The case was dismissed after confirmation 08/30/2007.

---

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| COUNTRYWIDE HOME LOANS | CURRENT MORTG | .00 | .00 | .00 |
| COUNTRYWIDE HOME LOANS | MORTGAGE ARRE | 33468.35 | .00 | 21159.68 |
| COUNTRYWIDE HOME LOANS | NOTICE ONLY | NOT FILED | .00 | .00 |
| ONYX ACCEPTANCE CORP | UNSEC W/INTER | 6110.73 | .00 | .00 |
| ASSET ACCEPTANCE CORP | UNSEC W/INTER | 347.64 | .00 | .00 |
| DENNIS G KNIPP | DEBTOR ATTY | 2,200.00 | | 2,200.00 |
| TOM VAUGHN | TRUSTEE | | | 1,275.78 |
| DEBTOR REFUND | REFUND | | | .00 |

Summary of Receipts and Disbursements:

---

|  | RECEIPTS | DISBURSEMENTS |
|---|---|---|
| TRUSTEE | 24,635.46 | |
| PRIORITY | | .00 |
| SECURED | | 21,159.68 |
| UNSECURED | | .00 |
| ADMINISTRATIVE | | 2,200.00 |
| TRUSTEE COMPENSATION | | 1,275.78 |
| DEBTOR REFUND | | .00 |
| TOTALS | 24,635.46 | 24,635.46 |

          PAGE  1 - CONTINUED ON NEXT PAGE
      CASE NO. 05 B 00887 MONICA D MICHELIN

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 12/05/07

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE